

Villanova University School of Law

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2007

# VFB LLC v. Campbell Soup Co

Precedential or Non-Precedential: Precedential

Docket No. 05-4879

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"VFB LLC v. Campbell Soup Co" (2007). *2007 Decisions*. Paper 1174.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————

No. 05-4879

————

VFB LLC, a Delaware limited liability company,
Appellant

v.

CAMPBELL SOUP COMPANY;
CAMPBELL INVESTMENT COMPANY;
CAMPBELL FOODSERVICE COMPANY;
CAMPBELL SALES COMPANY; CAMPBELL SOUP COMPANY, LTD (Canada);
JOSEPH CAMPBELL COMPANY; CAMPBELL SOUP SUPPLY COMPANY, L.L.C.;
PEPPERIDGE FARM, INCORPORATED

————

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 02-cv-00137)
District Judge: Hon. Kent Jordan

————

Argued January 18, 2007

Before: SLOVITER, RENDELL, and CUDAHY,[*]
Circuit Judges

(Filed: March 30, 2007)

————

---

[*] Hon. Richard D. Cudahy, United States Senior Circuit
Judge for the United States Court of Appeals for the Seventh
Circuit, sitting by designation.

## ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on March 30, 2007 is amended to correct the designation of parties in the caption. The designation is as follows:

Michael W. Schwartz　　**[ARGUED]**
Harold S. Novikoff
David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52d Street
New York, NY 10019
　　　*Counsel for Appellees*

For the Court,

/s/Marcia M. Waldron
Clerk